One year (50 issues) Payable in Advance........$15.00
Single Numbers ................................. .35

When cash is mailed to us in advance
20 per cent discount

RENEWALS, not prepaid (per mo. $1.25).......$15.00

No discount allowed after expiration date

NEW RULE, effective July 1, 1926—All delinquents for 60 days or more, discontinued without notice.

### DIGESTS and PRICES

Ternary Digest, alone ......................... $7.50

Subject to 20 percent, if cash paid with order

Abstract, one year, and Ternary Digest, if ordered and paid for together, net......................$18.00

June Semi annual Digest, Free to all paid Abstract Subscribers. To non-subscribers to Abstract, net.. $1.50

December Annual Digest (Supplement to Ternary) 1926, net .................................... $3.00

To non subscribers to Abstract, net............. $5.00

#### THE LAW ABSTRACT COMPANY

Office Editorial Rooms and Library

13916 Euclid Avenue, Cleveland, O.

Address all mail communications to

P. O. Box 2455, Cleveland

#### EXPIRATIONS

We send notices to subscribers, four weeks in advance of the date to which their subscription is paid, thus assuring them of ample knowledge in time to prepay renewals, and save the 20 per cent we give to those who mail the money in advance.

We call attention to the above Terms of Subscription to the Abstract. No change has been made as to its amount, but there are a few subscribers who are tardy in sending in the price, and in order to treat all alike we are enforcing our rule to favor with the cash discount only those who pay in advance. In order to not be considered by anyone, as too exacting, we do not threaten to stop the paper if payment is not made at maturity of the term, but merely that delinquents are expected to make payment for the paper at the full rate of $1.25 per month, after the time to which it is paid has expired.

20046—The Scioto Valley Railway & Power Co. v. The Public Utilities Commission of Ohio; error to the Public Utilities Commission. O. W. Newman and B. W. Waltermire, Columbus, for pltff; C. C. Crabbe and J. W. Bricker, Columbus, for deft.

20041—Emma Matzinger and Paul Matzinger v. The Harvard Lumber Co; record certified for review and final determination by Cuyahoga Appeals. Thompson, Hine & Flory, Cleveland, for pltff; White, Hammond, Brewer & Curtis, Cleveland, for deft.

### AUGUST 4, 1926

20042—Gemella P. Kerr v. Paul J. Hayes; motion for Fulton Appeals to certify. F. B. Fowler, Wauseon, for pltff; A. L. Gebhard, Bryan, for deft.

20043—The Dayton Rubber Mfg. Co. v. Robert F. Brown; motion for Montgomery Appeals to certify. Burkhart, Heald & Pickrel, Dayton, for pltff; Nolan & Beigel, Dayton, for deft.

20044—The Motor Finance Corporation v. M. H. Huntsberger; motion for Stark Appeals to certify. Amerman & Mills, Canton, for pltff.

20045—Boleshaw Romanowski v. Earl Hoff; motion for Cuyahoga Appeals to certify. F. S. Day, Cleveland, for pltff; Dustin, McKeehan, Merrick, Arter & Stewart, Cleveland, for deft.

### AUGUST 5, 1926

20046—Libbey Glass Co. v. Otto C. Gronan; motion for Lucas Appeals to certify. Marshall, Melhorn, Marlar & Martin, Toledo, for pltff; C. A. Irwin, Toledo, for deft.

20047—Wm. Katkevich and Mannie Katkevich v. Rose Goodman; motion for Cuyahoga Appeals to certify. Wilt & Yoder, Cleveland, for pltff; Beckerman & Felsman, Cleveland, for deft.

### AUGUST 6, 1926

20048—Lawrence R. Lytle v. Union Gas & Electric Co; motion for Hamilton Appeals to certify. DeCamp, Sutphin & Brumleve, Cincinnati, for pltff; Harmon, Colston, Goldsmith & Headly, Cincinnati, for deft.

20049—Midwest Color Offset Co. v. Thermal Electric Co; motion for Hamilton Appeals to certify. Mattern, Brumbaugh and Mattern, Dayton, for pltff.

20050—Northern Ohio Power & Light Co. v. Pennsylvania Rd. Co; motion for Summit Appeals to certify. Mather, Nesbitt & Willkie, Akron, for pltff; Water, Andress, Southworth, Wise & Maxon, Akron, for deft.

### AUGUST 7, 1926

20051—William F. Hess, Auditor of Hamilton County v. Columbia Life Ins. Co; motion for Hamilton Appeals to certify. C. S. Bell and C. S. Durr, Cincinnati, for pltff; Waite, Schindel & Bayless, Cincinnati, for deft.